On November 14, 1997, this Court withdrew its original opinion in this case and replaced it with one holding, in part, that "where a conviction for the greater offense is reversed because of insufficiency [of the evidence] and the jury wasnot charged on lesser included offenses, a criminal defendant may not be retried for those lesser included offenses." 711 So.2d at 498, citing Ex parte Beverly, 497 So.2d 519, 525
(Ala. 1986), and Ex parte Roberts, 662 So.2d 229 (Ala. 1995). (Emphasis original.) The State now applies for a rehearing, asking that this Court overrule Beverly and Roberts, to the extent that they stand for the position quoted above. I would grant the State's application for rehearing; therefore, I respectfully dissent. See my special writing in Ex parteRoberts, 662 So.2d at 232.